THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS THEODORE, Appellant.

Submitted April 19, 2010; decided June 8, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER GRANT, Appellant, v SUSAN A. CONNEL, Superintendent of Oneida Correctional Facility, Respondent.

Decided June 8, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* CPLR 5601).

DYLAN SCERRI et al., Respondents, v JOHN WALSH et al., Appellants.

Submitted April 12, 2010; decided June 8, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

KEIWAN SITAL, Respondent, v CITY OF NEW YORK, Appellant.

Submitted January 25, 2010; decided June 8, 2010

Motion for reargument of motion for leave to appeal denied [*see* 13 NY3d 903 (2009)].